# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|   |   |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, et al., | Case No. 2:16-cv-00632-JCM-NJK |
| Plaintiff(s), | |
| vs. | **ORDER** |
| KATHY GILLESPIE, et al., | (Docket No. 8) |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the deadline for Defendant Kathy Gillespie to Plaintiff's Complaint. Docket No. 8. Stipulations for extensions must "state the reasons for the extension requested." Local Rule 6-1(b). Accordingly, because the parties fail to provide any explanation whatsoever as to why an extension is requested, the stipulation is hereby **DENIED** without prejudice.

Further, the parties request that this case be stayed for 90 days. *Id*. at 2. The Court notes that Defendant Gillespie Office and Systems Furniture, Inc. has filed a notice of bankruptcy on the Docket. *See* Docket No. 7. The parties, however, do not explain why this case should be stayed as to all Defendants or address the applicable standard. Accordingly, that request is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: April 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge