# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY GILLESPIE, et al., <br><br> Defendants. | Case No. 2:16-cv-00632-JCM-NJK <br><br> ORDER <br><br> (Docket No. 19) |

Before the Court is the parties' motion for status check and notice of tentative settlement. Docket No. 19. The Court hereby **DENIES** the motion for status check, and **ORDERS** the parties to file a stipulation of dismissal no later than January 8, 2018.

IT IS SO ORDERED.

DATED: October 12, 2017

_____
Nancy J. Koppe
United States Magistrate Judge