1  Dominica C. Anderson (SBN 2988)
   Daniel B. Heidtke (SBN 12975)
2  Tyson E. Hafen (SBN 13139)
   DUANE MORRIS LLP
3  100 N. City Parkway, Suite 1560
   Las Vegas, NV  89106
4  Telephone: 415.957.3179
   Facsimile:  702.974.1058
5  Email:  dcanderson@duanemorris.com
           dbheidtke@duanemorris.com
6          tehafen@duanemorris.com

7  Attorneys for Plaintiffs *Ohio Security Insurance Company,* and
   *Ohio Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire, and THE OHIO CASUALTY INSURANCE COMPANY, a company organized under the laws of the State of New Hampshire;<br><br>Plaintiffs,<br><br>vs.<br><br>KATHY GILLESPIE, an individual, and GILLESPIE OFFICE AND SYSTEMS FURNITURE, LLC, a Nevada Limited Liability Company, d/b/a A&B PRINTING & MAILING; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:16-cv-00632-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs, Ohio Security Insurance Company and Ohio Casualty Insurance Company (collectively, "Plaintiffs"), and Defendants Kathy Gillespie, and Gillespie Office and Systems Furniture, LLC d/b/a A&B Printing & Mailing ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs and Defendants entered into a settlement agreement and the parties have resolved all claims, disputes, and differences between Plaintiffs and Defendants, subject to and as explained in the terms of their settlement agreement;

2. All conditions precedent in the settlement agreement that were required to occur prior to filing this Stipulation for dismissal have occurred; and

3. Therefore, Plaintiffs and Defendants, by and through their respective counsel of record, and subject to this Court's approval, respectfully stipulate and request dismissal of the above-captioned matter, with prejudice, pursuant to FRCP 41(a), with each party bearing their own attorneys' fees and costs incurred in this action.

| | |
|---|---|
| **DUANE MORRIS LLP** | **KUNG & BROWN** |
| By: /s/ *Daniel B. Heidtke* <br> Dominica C. Anderson (SBN 2988) <br> Daniel B. Heidtke (SBN 12975) <br> Tyson E. Hafen (SBN 13139) <br><br> Attorneys for Plaintiffs *Ohio Security Insurance Company,* and *The Ohio Casualty Insurance Company* | By: /s/ *AJ Kung* <br> AJ Kung (SBN 7052) <br><br> Attorneys for Defendants *Kathie Gillespie* and *Gillespie Office and Systems Furniture, LLC, d/b/a A&B Printing & Mailing* |

## **ORDER**

PURSUANT to the stipulation of all parties under FRCP 41(a), this action is dismissed with prejudice, each side to bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED** December 29, 2017.

_____
U.S. DISTRICT JUDGE